# MISCELLANEOUS DISMISSALS

**2002–1527. State ex rel. Bell v. Montgomery Cty. Bd. of Commrs.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of relators' application for partial voluntary dismissal of claim for relief,

IT IS ORDERED by the court that relators' application be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that relators' claim for relief in mandamus seeking to compel respondents to approve the August 1, 2002 budget request of the relators be, and hereby is, dismissed; and that David Lee, Executive Director of the Montgomery County Veterans Service Commission, be, and hereby is, dismissed as a respondent herein. The remainder of relators' claims remain pending.

**2002–1770. State ex rel. Ohio Dept. of Mental Health v. Nadel.**
Hamilton App. No. C–020255, 2002-Ohio-4449. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. It appears from the records of this court that appellant, Dr. Stewart M. Harris, has not filed a merit brief, due December 9, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the appeal of Dr. Stewart M. Harris be, and hereby is, dismissed, sua sponte.

IT IS FURTHER ORDERED by the court that the appeals of Judge Norbert A. Nadel and Judge Richard A. Bernat remain pending.

[Cite as *12/23/2002 Case Announcements,* 2002-Ohio-7091.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*December 23, 2002*

## DISCIPLINARY CASES

**2002–0326. Disciplinary Counsel v. Westgate.**
IT IS ORDERED by this court, sua sponte, that Gregory A. Westgate, Attorney Registration No. 0036768, last known business address in Lorain, Ohio, be found in contempt for failure to comply with this court's order of August 21, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before September 20, 2002.

**2002–0606. In re Resignation of Belkin.**
IT IS ORDERED by this court, sua sponte, that Alan Scott Belkin, Attorney Registration No. 0011542, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of August 15, 2002, to wit, failure to file an affidavit of compliance on or before September 16, 2002.

[Cite as *12/24/2002 Case Announcements,* 2002-Ohio-7118.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*December 24, 2002*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–2061. State ex rel. Mulholland v. Schweikert.**
Hamilton App. No. C–020603.
    The following cases have been returned to regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–1527. State ex rel. Bell v. Montgomery Cty. Bd. of Commrs.**
In Mandamus and Prohibition.

**2002–1785. State ex rel. Preschool Dev., Ltd. v. Springboro.**
In Mandamus.

[Cite as *12/24/2002 Case Announcements #2,* 2002-Ohio-7185.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 24, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–1938. Allied Erecting & Dismantling Co., Inc. v. Youngstown.**
Mahoning App. No. 00CA225. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of execution of court of appeals' judgment pending appeal,
    IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**2002–2057. State v. Lawson.**
Lake App. No. 2001–L–071. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,
    IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**2002–2061. State ex rel. Mulholland v. Schweikert.**
Hamilton App. No. C–020603. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion for stay of court of appeals' entry of November 15, 2002,
    IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**2002–1191. Solove v. Westerville City Council.**
Franklin App. No. 01AP–1213. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *12/27/2002 Case Announcements,* 2002-Ohio-7200.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 27, 2002*

## MOTION AND PROCEDURAL RULINGS

**1999–0570. DeRolph v. State.**
Perry C.P. No. 22043. On motion for payment of attorney fees and expenses. Motion denied.

**2002–1783. Wentling v. Motorists Ins. Cos.**
Stark App. No. 2002CA00027, 2002-Ohio-4672. On review of order certifying a conflict. The court determines that a conflict exists; cause consolidated with 2002–1742, *Wentling v. Motorists Ins. Cos.,*